77 So.3d 707 (2011)
Freedom TYLER, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D10-2280.
District Court of Appeal of Florida, Third District.
November 9, 2011.
Carlos J. Martinez, Public Defender, and Robert Kalter, Assistant Public Defender, for appellee.
Pamela Jo Bondi, Attorney General and Lunar Claire Alvey, Assistant Attorney General, for appellant.
Before RAMIREZ, SUAREZ, and FERNANDEZ, JJ.
PER CURIAM.
Affirmed. See State v. Cumbie, 380 So.2d 1031, 1034 (Fla.1980).